BROWN, FOSTER and LIVINGSTON, JJ., concur.

50 So.2d 402

**Era Jane AYRES, Claimant of Mercury Sedan Automobile, v. STATE.**

**6 Div. 107.**

Supreme Court of Alabama.

Feb. 8, 1951.

Maurice F. Bishop, of Birmingham, for appellant.

A. A. Carmichael, Atty. Gen., and L. E. Barton, Asst. Atty. Gen., for appellee.

FOSTER, Justice.

This is a companion case to Nelson v. State, ante, p. 141, 50 So.2d 401. The same questions are presented. For the reason there given, the judgment is reversed and a decree is here rendered in favor of appellant.

Reversed and rendered.

BROWN, LIVINGSTON, LAWSON and STAKELY, JJ., concur.